NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SPECIALIZED BICYCLE COMPONENTS, INC.,**
*Appellant*

**v.**

**K.G. MOTORS, INC.,**
*Appellee*

---

2015-1412

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,125.

---

**JUDGMENT**

---

JONATHAN H. MARGOLIES, Michael Best & Friedrich, LLP, Milwaukee, WI, argued for appellant. Also represented by KATHERINE W. SCHILL; KEVIN MORAN, Waukesha, WI.

JAMES MURPHY DOWD, Wilmer Cutler Pickering Hale and Dorr LLP, Los Angeles, CA, argued for appellee. Also represented by ROBERT ANTHONY ARCAMONA, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (O'MALLEY, REYNA, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


February 4, 2016               /s/ Daniel E. O'Toole
        Date                   Daniel E. O'Toole
                               Clerk of Court